# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>F. TUVERA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-02294-JST (PR)<br><br>**ORDER GRANTING EXTENSIONS OF TIME**<br><br>Re: ECF No. 29 |

Pursuant to the parties' stipulation, the deadline for Defendants to serve responses to Plaintiff's request for production of documents, set one, is CONTINUED to **September 11, 2017**. The deadline for Plaintiff to file an opposition to Defendants' summary judgment motion is CONTINUED to **November 15, 2017**. Defendants shall file a reply brief no later than **fourteen (14)** days after Plaintiff's opposition is filed.

This order terminates ECF No. 29.

**IT IS SO ORDERED.**

Dated: October 19, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge