XAVIER BECERRA
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
ROBERT W. HENKELS
Deputy Attorney General
State Bar No. 255410
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5836
  Fax: (415) 703-5843
  E-mail: Robert.Henkels@doj.ca.gov
*Attorneys for Defendants
A. Adams, E. Bridgnell, D. Bright, E. DelaRosa, J. Dunlap, L. Gamboa, K. Kumar, F. Mejia, Orfield, E. Talanoa, J. Turner, F. Tuvera, M. Ulloa, J. Villafuerte, and T. Wy*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALFREDO GONZALEZ,**<br><br>                Plaintiff,<br><br>v.<br><br>**F. TUVERA, et al.,**<br><br>                Defendants. | C 16-2294 JST (PR)<br><br>**STIPULATION REGARDING DISCOVERY DISAGREEMENT AND FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT; [Proposed] ORDER**<br><br>Judge:       The Honorable Jon S. Tigar<br>Trial Date:   N/A<br>Action Filed: April 27, 2016 |

1

Stip. re Disc. & EOT re Resp. Summ. J.; [Proposed] Order (C 16-2294 JST (PR))

Plaintiff Alfredo Gonzalez, an inmate at Salinas Valley State Prison in pro se, and Defendants A. Adams, E. Bridgnell, D. Bright, E. DelaRosa, J. Dunlap, L. Gamboa, K. Kumar, F. Mejia, Orfield, E. Talanoa, J. Turner, F. Tuvera, M. Ulloa, J. Villafuerte, and T. Wy, by and through their counsel of record, agree and stipulate as follows:

1. Defendants filed a motion for summary judgment challenging Plaintiff's claim that Defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Plaintiff wishes to view all available discovery before preparing his response.

2. The parties are currently working to resolve their discovery disagreement. Plaintiff has filed a motion to compel production of discovery against Defendant Tuvera. Defense counsel provided Plaintiff with over 1500 medical records, and mistakenly believed that this resolved the disagreement. Plaintiff and Defense counsel have discussed this issue on numerous occasions, most recently on April 11 and 13, 2018. On April 11, 2018, Plaintiff informed Defense counsel that he sought additional records, and that he would provide Defense counsel with a letter specifying those record. Unfortunately, Plaintiff became preoccupied with unrelated but important matters, and was unable to provide Defense counsel with that letter.

3. Both parties agree and stipulate that Plaintiff should have a full and fair opportunity to conduct discovery before responding to Defendants' motion for summary judgment, and that it is in both parties' interest and the Court's for the parties to have further opportunity to resolve their current disagreement.

4. The parties agree and request that Plaintiff's deadline to file a response to Defendants' Motion for Summary Judgment be extended forty-five days, until June 28, 2018, and for additional time to resolve their discovery dispute.

5. The parties have agreed to discuss this issue again on Monday, April 23, 2018. At that time, the parties shall address whether they can resolve their discovery disagreement, whether they should request to be referred to a magistrate judge for assistance, or whether they shall seek further guidance from this Court.

5. Plaintiff's deadline to file a response to Defendants' Motion for Summary Judgment has previously been extended three times.

2

Stip. re Disc. & EOT re Resp. Summ. J.; [Proposed] Order (C 16-2294 JST (PR))

6. This request for an extension of time will not affect the time management in this case, as it is not presently scheduled for trial.

IT IS SO STIPULATED.

Dated: April 16, 2018　　　　　　　　　　　　　Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General


/s/ *Robert W. Henkels*
ROBERT W. HENKELS
Deputy Attorney General
*Attorneys for Defendants*


Dated: _____, 2018　　　　　　　　　　　　Plaintiff Alfredo Gonzalez, in pro se



[Signature on Following Page]
Alfredo Gonzalez

3

Stip. re Disc. & EOT re Resp. Summ. J.; [Proposed] Order (C 16-2294 JST (PR))

6. This request for an extension of time will not affect the time management in this case, as it is not presently scheduled for trial.

IT IS SO STIPULATED.

Dated: _____, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General

_____
ROBERT W. HENKELS
Deputy Attorney General
*Attorneys for Defendants*

Dated: 4/16, 2018

Plaintiff Alfredo Gonzalez, in pro se

_____
Alfredo Gonzalez

///
///

3

Stip. re Disc. & EOT re Resp. Summ. J.; [Proposed] Order (C 16-2294 JST (PR))

# ORDER OF THE COURT

The Court, having read the parties' stipulation, and good cause appearing, hereby GRANTS the parties' request for extensions of time. Plaintiff Alfredo Gonzalez's may file a response to Defendants' motion for summary judgment on or before **June 28, 2018.** Defendants may file a reply brief no later than **14 days** after the opposition is filed. Should the parties fail to resolve their discovery dispute, they shall so advise the Court in a joint letter consistent with this Court's Standing Order for All Civil Cases.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 16, 2018

*IT IS SO ORDERED*
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF2016103881
Gonzalez - Stip re Disc. EOT Resp. Summ. J. (final) doc.doc

4

Stip. re Disc. & EOT re Resp. Summ. J.; [Proposed] Order (C 16-2294 JST (PR))