UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ,<br>　　　　　Plaintiff,<br>　　v.<br>F. TUVERA, et al.,<br>　　　　　Defendants. | Case No. 16-cv-02294-JST (RMI)<br><br>**ORDER** |

　　　　Pursuant to the order of referral (Doc. 46), the Parties are ordered to meet and confer in a good faith effort to resolve any existing discovery disputes. To the extent that any issues remain in dispute, the Parties are ordered to file a joint discovery letter brief in accordance with the court's standing order. The letter brief shall be filed by counsel for Defendant, and it shall be filed on or before July 20, 2018.

　　　　**IT IS SO ORDERED.**

Dated: July 6, 2018.

ROBERT M ILLMAN
United States Magistrate Judge