UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>F. TUVERA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-02294-JST<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: ECF No. 59 |

　　　Good cause being shown, the deadline for Plaintiff to file his opposition to Defendants' summary judgment motion is CONTINUED to **December 10, 2018,** pursuant to the parties' stipulation. ECF No. 59. Defendants shall file a reply brief no later than **fourteen (14)** days after Plaintiff's opposition is filed.

　　　This order terminates ECF No. 59.

　　　**IT IS SO ORDERED.**

Dated: October 17, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge